**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1047**

_____

CATHY B. BRANCH,

Plaintiff - Appellant,

versus

CITY OF RICHMOND; CLAUDE G. COOPER; DYETT B.
ELLIS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-366-3)

_____

Submitted: May 23, 2002                    Decided: June 17, 2002

_____

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Cathy B. Branch, Appellant Pro Se. Beverly Agee Burton, Assistant
City Attorney, Keith Allen May, CITY ATTORNEY'S OFFICE, Richmond,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cathy B. Branch appeals the magistrate judge's order granting Defendants' motion for summary judgment and dismissing Branch's employment discrimination action.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Branch v. City of Richmond, No. CA-01-366-3 (E.D. Va. Dec. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The magistrate judge had jurisdiction to enter a final order pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 2001).